(No. 6314—)

KENNETH MOY, Claimant, *vs.* STATE OF ILLINOIS, FAIR EMPLOYMENT PRACTICES COMMISSION, Respondent.

*Opinion filed January 11, 1972.*

KENNETH MOY, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

313

PERLIN, C.J.